IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

**WA'IL M. MUHANNAD,**

**Petitioner,**

**v.**

**UNITED STATES PAROLE COMMISSION,**

**Respondent.**                                                    **No. 05-CV-0198-DRH**

### ORDER

**HERNDON, District Judge:**

On May 15, 2006, Wa'il M. Muhannad filed a petition for writ of habeas corpus (Doc. 1) and a motion for preliminary injunction and temporary restraining order (Doc. 2). Petitioner argues that his good time credits were "retroactively terminated, forfeited, withheld and/or disallowed... which will result in the unlawful imprisonment of the Petitioner Thirty-three (33) days beyond the Petitioner's Mandatory Release date" (Doc. 1, p. 1).

Pursuant to **28 U.S.C. § 636(b)(1)(B)**, Magistrate Judge Donald G. Wilkerson submitted a Report and Recommendation ("the Report") on August 8, 2006 (Doc. 12). The Report recommends that the Court deny the petition for habeas corpus and deny the motion for preliminary injunction and temporary restraining order finding, *inter alia*, "as there is no live case or controversy, there can be no relief afforded through § 2241." (Doc. 12, p. 4).

The Report was sent to the parties with a notice informing them of their

right to appeal by way of filing "objections" within ten days of service of the Report. To date, none of the parties has filed objections. The period in which to file objections has expired. Therefore, pursuant to **28 U.S.C. § 636(b)**, this Court need not conduct *de novo* review. **Thomas v. Arn, 474 U.S. 140, 149-52 (1985)**.

Accordingly, the Court **ADOPTS** the Report (Doc. 12). The Court **DENIES** Petitioner's petition (Doc. 1) and his motion for preliminary injunction and temporary restraining order (Doc. 2). The Court **DISMISSES with prejudice** Petitioner's cause of action. The Court **ORDERS** the Clerk of the Court to enter judgment reflecting the same.

**IT IS SO ORDERED.**

Signed this 31st day of October, 2006.

/s/      David   RHerndon
**United States District Judge**