IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

WA'IL M. MUHANNAD,

        Petitioner,

        -vs-                                No. 06-CV-377 DRH

UNITED STATES PAROLE COMMISSION,

        Respondent.

## JUDGMENT IN A CIVIL CASE

**DECISION BY COURT.** This action came before the Court on a Report and Recommendation by United States Magistrate Judge Donald G. Wilkerson.

**IT IS ORDERED AND ADJUDGED** that the report is **ADOPTED** in its entirety. The petition for writ of habeas corpus and motion for preliminary injunction and temporary restraining order are **DENIED**. Petitioner's cause of action is **DISMISSED with prejudice**. ---------

**NORBERT G. JAWORSKI, CLERK**

November 1, 2006.                                  BY: s/Patricia Brown
                                                                  Deputy Clerk

APPROVED: /s/      David R Herndon
              **U.S. DISTRICT JUDGE**